JU**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **ITZIK PELED,** | Case No. 2:23-cv-2224 |
| **Plaintiff,** | |
| v. | **Judge Algenon L. Marbley** |
| **YAEL PELED,** *et al.*, | **Magistrate Judge Kimberly A. Jolson** |
| **Defendants.** | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the September 23, 2025 Opinion and Order, the Court GRANTED Defendant Yael Peled's Motion to Dismiss. This case is DISMISSED.

**Date: September 23, 2025**     **Richard W. Nagel, Clerk**

                                             s/Diane M. Stash
                                    Diane M. Stash/Deputy Clerk