UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT IN OHIO

2:23-cv-02224

ITZIK PELED,

              Plaintiff,

    Against

YAEL PELED, SHLOMO SHTASMAN, ANAT BARON,
NAFTALI SHILO, YARIV LEVIN, STATE OF ISRAEL,      REQUEST TO REPLY
ANTHONY BLINKEN and THOMAS R. NIDES,      CORRECT ERROR

              Defendants.

Plaintiff Itzik Peled, hereby notifies the Court that the pending appeal is still pending and that the date for filing the brief is February 12, 2025.  Therefore, it appears that the order on Docket #80 is inaccurate.

Moreover, Defendant Yael Peled just filed a motion in a complaint for a civil divorce, to vacate the divorce decree, alleging that she still has property in OHIO, that is affected by the divorce decree, and she hired lawyers to claim her purported rights in the home, in Ohio, the one she absconded,   Therefore, it appears that she was not honest with this Court when she said she has nothing left in Ohio, and Plaintiff intends to file for reconsideration, based on new evidence (her own admission).

Dated:  Columbus, OH
       Jan. 22, 2026

Itzik Peled, Plaintiff pro se
1316 College Ave Columbus Ohio 43209
Tel. (314) 695-7637
Email: peled.itzik@gmail.com

1

Declaration of Service

I Itzik Peled, the Plaintiff hereby declared that I have mailed by email to the electronic emails known to me as used by defendants who defaulted in answering the complaint on Jan. 22, 2026 as follows:

To Yael Peled's attorney Christopher Reynolds  at crr@zashinlaw.com

To Shlomo Shtasman, Anat Baron, Naftali Shilo, Yariv Levin, State of Israel to the lawyer Anthony Franze, Esq. who represents them in the USA, Arnold & Porter at anthony.franze@arnoldproter.com.

And to Anthony Blinken and Thomas R. Nides, to the email of their lawyers who wrote to me attorney Michael Gerardi, Esq. at Michael.J.Gerardi@usdoj.gov


Dated:  Columbus, OH
       Jan. 22, 2026


Itzik Peled, Plaintiff pro se
1316 College Ave Columbus Ohio 43209
Tel. (314) 695-7637
Email: peled.itzik@gmail.com

2